Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

**GRANTED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| NADINE ADKINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　Defendants. | Federal Case No.: 5:16-CV-02150-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LINCOLN FINANCE COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Nadine Adkins, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Lincoln Finance Company as to all claims in this action, with prejudice.

　　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　　41(a) Voluntary Dismissal

　　　　(1) By the Plaintiff

　　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

　　　　　　　　applicable federal statute, the plaintiff may dismiss an action without a court

　　　　　　　　order by filing:

　　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

1 or a motion for summary judgment.

2 Defendant Lincoln Finance Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it, with prejudice, for all purposes and without an Order of the Court.

Dated: June 23, 2016                    Sagaria Law, P.C.

                                        By:   */s/ Elliot W. Gale*
                                                    Elliot W. Gale
                                        Attorneys for Plaintiff
                                        Nadine Adkins