UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NADINE ADKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 5:16-cv-02150-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on November 23, 2016 (Dkt. No. 78), the court orders as follows:

1. Given the pending motion to dismiss, the court will consider an adjustment to the presently scheduled case management deadlines to account for the unsettled pleadings. The parties may propose an amended schedule either by stipulation or by administrative motion under Civil Local Rule 7-11 if an agreement cannot be reached.

2. The Further Case Management Conference scheduled for December 1, 2016, is VACATED. The motion to appear telephonically (Dkt. No. 77) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated:  November 28, 2016

                                                  EDWARD J. DAVILA
                                                  United States District Judge